668

Walter E. Heller & Company, appellant, v. Harry Gatton, appellee. Gen. No. 7,769.

Opinion filed March 23, 1928.

Clarence W. Heyl and Harry C. Heyl, for appellant; Heyl & Heyl, of counsel. A. L. Anderson, for appellee; Cameron & Anderson, of counsel.

Mr. Justice Jones delivered the opinion of the court.

Ernest Brook, trustee, and M. A. Carmack, appellees, v. Pistakee Boat & Engine Company et al. Pistakee Boat & Engine Company, appellant. Gen. No. 7,795.

Opinion filed March 23, 1928.

Otto F. Ring and Eugene M. Runyard, for appellant. D. T. Smiley, for appellees.

Mr. Justice Jones delivered the opinion of the court.

O. J. Goehring, appellee, v. Reuss State Bank, appellant. Gen. No. 7,853.

Opinion filed April 6, 1928.

Charles W. Hadley and William R. Friedrich, for appellant. Walter J. Miller and Walter L. Wenger, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

The People of the State of Illinois ex rel. Howard Haungs, petitioner for and on behalf of Robert C. Haungs, defendant in error, v. Hulda Pierce and Peter Pierce, plaintiffs in error. Gen. No. 7,870.

Opinion filed April 6, 1928. Rehearing denied May 1, 1928.

Shurtleff & Nichaus, Clarence D. Murphy and George W. Sprenger, for plaintiffs in error. Weil, Bartley & Weil, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.